UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFREY WUMMEL,

       Plaintiff,                      Case No. 09-14301

v.                                   HONORABLE AVERN COHN

METROPOLITAN LIFE INSURANCE
COMPANY, et al,

       Defendants
_____/

## JUDGMENT

For the reasons stated in the Memorandum and Order entered and filed on this date, judgment is entered in favor of the defendants and against the plaintiff and the case is DISMISSED.


                                        DAVID WEAVER

Dated: May 28, 2010            By: s/Julie Owens
                                            Deputy Clerk

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, May 28, 2010, by electronic and/or ordinary mail.

                                          s/Julie Owens
                                          Case Manager, (313) 234-5160